## MINUTES OF PROCEEDINGS NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In re Associated Estates Realty Corporation Shareholder Litigation,<br><br>Plaintiff(s),<br><br>v.<br><br>Defendant(s). | Date: February 12, 2016<br><br>Judge Donald C. Nugent<br><br>Court Reporter:<br><br>Case Number: 1:15 CV 857<br>1:15 CV 928 |

Telephonic status held w/ all counsel present + participating.
Preliminary Approval of Settlement granted.
Hearing on Final Approval set 6/8/16 @ 10:00 a.m.
All counsel notified of this ORDER

Length of Proceeding: 75 min

Donald C. Nugent 2/12/16
United States District Judge

Telephone status held w/ all counsel present & participating.
Preliminary approval of settlement granted.
[illegible]
All counsel notified of this order.

[illegible signature]

[illegible]