UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE ASSOCIATED ESTATES REALTY CORPORATION SHAREHOLDER LITIGATION | ) | Lead Case No. 1:15-cv-00857-DCN<br><br>(Consolidated with No. 1:15-cv-00928)<br><br>Judge: Donald C. Nugent<br><br>PLAINTIFFS' MOTION FOR: (i) FINAL APPROVAL OF SETTLEMENT; (ii) CERTIFICATION OF SETTLEMENT CLASS; AND (iii) APPROVAL OF REQUEST FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES |

PLEASE TAKE NOTICE that on June 8, 2016, at 10:00 a.m., or as soon as practicable before or thereafter as this motion may be heard, before the Honorable Donald C. Nugent in Courtroom 15-A of the United States District Court for the Northern District of Ohio, Eastern Division, Carl B. Stokes U.S. Court House, Courtroom 15A, 801 West Superior Avenue, Cleveland Ohio, 44113, Plaintiffs Anne Cutler and Brent Berkman (collectively, "Plaintiffs") will move for an order pursuant to Rule 23 of the Federal Rules of Civil Procedure seeking: (i)

final approval of the Settlement, pursuant to the Stipulation of Settlement filed February 11, 2016 (the "Stipulation")[1]; (ii) final certification of the Settlement Class in connection with the proposed Settlement of the consolidated actions; and (iii) approval of an award of attorneys' fees and expenses. Submitted herewith are the Declarations of Stephen J. Oddo, Richard A. Aococelli, Andrew S. Goldwasser, Marc L. Ackerman, and Julia J. Sun; the Memorandum of Law; and the Proposed Judgment in support of this motion.

Dated: May 4, 2016

Respectfully submitted,

CIANO & GOLDWASSER, L.L.P.

*/s/ J. Matthew Linehan*

ANDREW S. GOLDWASSER (#0068397)
J. MATTHEW LINEHAN (#0085286)
1610 Midland Building
101 Prospect Avenue, West
Cleveland, OH 44115
Telephone: (216) 658-9900
Facsimile: (216) 685-9920
asg@c-g-law.com
mlinehan@c-g-law.com

*Liaison Counsel for Plaintiffs*

ROBBINS ARROYO LLP
BRIAN J. ROBBINS (*pro hac vice*)
STEPHEN J. ODDO (*pro hac vice*)
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
brobbins@robbinsarroyo.com
soddo@robbinsarroyo.com

[1] Unless otherwise herein defined, all capitalized terms used herein shall have the same meanings as set forth in the Stipulation. ECF No. 48-3.

WEISSLAW LLP
Richard A. Acocelli (*pro hac vice*)
Michael A. Rogovin (*pro hac vice*)
Kelly C. Keenan (*pro hac vice*)
1500 Broadway, 16th Floor
New York, NY 10036
Telephone: (212) 682-3025
Facsimile: (212) 682-3010
racocelli@weisslawllp.com
mrogovin@weisslawllp.com
kkeenan@weisslawllp.com

*Co-Lead Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2016, a copy of foregoing *Plaintiffs' Motion for (i) Final Approval of Settlement; (ii) Certification of Settlement Class; and (iii) Approval of Request for an Award of Attorneys' Fees and Expenses* was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system.

*/s/ J. Matthew Linehan*

ANDREW S. GOLDWASSER (#0068397)
J. MATTHEW LINEHAN (#0085286)
CIANO & GOLDWASSER, L.L.P.
1610 Midland Building
101 Prospect Avenue, West
Cleveland, OH 44115
Telephone: (216) 658-9900
Facsimile: (216) 685-9920
asg@c-g-law.com
mlinehan@c-g-law.com

1098310